## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. _____ |
| | ) |
| | ) UNDER SEAL |
| v. | ) |
| | ) |
| | ) |
| JOAQUIN GUZMAN LOPEZ, | ) Case: 1:18-cr-00081 |
|     also known as "El Guero," "Guero | ) Assigned To : Judge Contreras, Rudolph |
|     Moreno," and "Moreno," | ) Assign. Date : 4/2/2018 |
| | ) Description: INDICTMENT |
|     and | ) Related Case: 17-cr-133 (RC) |
| | ) |
| OVIDIO GUZMAN LOPEZ, | ) |
|     also known as "El Raton" and "Raton | ) |
|     Nuevo," | ) |
| | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Upon motion of the United States to seal the Indictment in the above-captioned matter,

the arrest warrant, the Government's sealing motion, the sealing order, and to delay entry on the

public docket of the filing of the Indictment and the Government's sealing motion, and for good

cause shown, it is hereby,

ORDERED that the Indictment, the arrest warrants, and the instant motion to seal shall be

sealed, except for such disclosures of copies of the Indictment and arrest warrant by law

enforcement as may be necessary during the arrest and extradition process, and delay entry on

the public docket all related matters for the purposes requested by the United States pending

further order of the Court.

DATED: April 2, 2018

HON. DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA