IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 18-CR-00081 |
| | ) | <u>UNDER SEAL</u> |
| v. | ) | |
| | ) | |
| OVIDIO GUZMAN LOPEZ aka | ) | |
| "EL RATON" and "RATON NUEVO" | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Upon the government's motion for an order unsealing the defendant's indictment and arrest warrant for the limited purpose of complying with requirements for an extradition application, it is hereby

ORDERED that the indictment and arrest warrant as to defendant Ovidio Guzman Lopez also known as "El Raton" and "Raton Nuevo", be unsealed for the limited purpose of their disclosure in an extradition application pursuant to the Federal Rules of Criminal Procedure and Title 18, United States Code Section 3500.

It is FURTHER ORDERED that these documents, along with all others in this case, will otherwise remain under seal at this time.

DATE: 12/12/2018

_____
HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA