IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:18-cr-00081 (RC) |
| | ) |
| v. | ) |
| | ) UNDER SEAL |
| JOAQUIN GUZMAN LOPEZ, | ) |
| also known as "El Guero," "Guero Moreno," and "Moreno," | ) |
| and | ) |
| OVIDIO GUZMAN LOPEZ, | ) |
| also known as "El Raton" and "Raton Nuevo," | ) |
| Defendants. | ) |

## ORDER

The Government having moved to unseal the above captioned case, and upon consideration of the Government's Motion to unseal, it is hereby

ORDERED that the case is unsealed.

DATED: 2/13/2019

HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA