Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                          Criminal No.         18-81

JOAQUIN GUZMAN LOPEZ - 1
OVIDIO GUZMAN LOPEZ - 2                      Category     B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  11/9/2021  from  Judge Rudolph Contreras

to  Calendar Committee  by direction of the Calendar Committee.

(Defendants are Fugitives)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:   Judge Rudolph Contreras      & Courtroom Deputy
      Calendar Committee

      U.S. Attorney's Office – Judiciary Square Building, Room 5133
      Statistical Clerk