UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 18-CR-081 (RC)** |
| v. | : | |
| **JOAQUIN GUZMAN LOPEZ,** | : | |
|    also known as "El Guero." "Guero Moreno," and "Moreno," | : | |
| and | : | |
| **OVIDIO GUZMAN LOPEZ,** | : | |
|    also known as "El Raton," "Raton Nuevo," | : | |
|                                  Defendants. | : | |

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Kirk Handrich, Trial Attorney of the Narcotic and Dangerous Drug Section, is substituted Government counsel of record for Anthony Aminoff,

//

//

//

//

//

//

//

1

who can be terminated as Government counsel in this case.

               Respectfully Submitted,

               ARTHUR G. WYATT, Chief
               Narcotic and Dangerous Drug Section
               Criminal Division
               United States Department of Justice

By:  */s/Kirk Handrich*
               Kirk Handrich
               Trial Attorney
               Narcotic and Dangerous Drug Section
               Criminal Division
               U.S. Department of Justice
               145 N Street, NE
               Washington, D.C. 20530
               Tel.: (202) 514-0422
               Email: Kirk.Handrich@usdoj.gov